**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1483**

———————

KISHA MARIE DAVIS,

                    Plaintiff – Appellant,

          v.

MEDICAL UNIVERSITY OF SOUTH CAROLINA, Physicians MUSC-P,

                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   Mary Gordon Baker, Magistrate
Judge.  (2:14-cv-03152-MGB)

———————

Submitted:  September 13, 2016      Decided:  September 16, 2016

———————

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kisha Marie Davis, Appellant Pro Se.  Andreas Neal Satterfield,
Jr., John Sulau, JACKSON LEWIS PC, Greenville, South Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kisha Marie Davis appeals the magistrate judge's[*] order granting Medical University of South Carolina summary judgment on her claims, brought pursuant to the Family and Medical Leave Act, 29 U.S.C. §§ 2601-2654 (2012), the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213 (2012), the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.A. §§ 621 to 634 (West 2008 & Supp. 2016), and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Davis' application to proceed in forma pauperis and affirm for the reasons stated by the magistrate judge. See Davis v. Med. Univ. of S.C., No. 2:14-cv-03152-MGB (D.S.C. Mar. 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the magistrate judge's jurisdiction under 28 U.S.C. § 636(c) (2012).